```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0007--CR (RRB)
                              "USA V DAVID L. LOHR"
                              DEF 1.1 LOHR, DAVID L.

            In public format, including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 04/21/04
               Closed: 08/27/04
   No. of Defendants: 1
       MJ Case Number: F04-0021--MJ
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
     Counsel of record: William R. Satterberg
                        Law Office of William Satterberg
                        709 4th Avenue
                        Fairbanks, AK 99701
                        907-452-4454
                        FAX 907-452-3988
                        Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record: Stephen Cooper
                        U.S. Attorney's Office
                        101 12th Avenue, Box 2
                        Fairbanks, AK 99701
                        907-456-0245
                        FAX 907-456-0577
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


   Counts re: DEF 1.1 LOHR, DAVID L.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -    1 IND | 1 | 21:841(a)(1) and (b)(1)(B) MANUFACTURING A CONTROLLED SUBSTANCE (F) | Sentenced (44-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0007--CR (RRB)
                                    "USA V DAVID L. LOHR"

                      In public format, for filing dates on or before 02/01/06


  Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 04/21/04
           Closed: 08/27/04
No. of Defendants: 1


Document #    Filed      Docket text

NOTE -   1    04/21/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 3/18/04 in F04-021
                         MJ (JWM).

   1 -   1    04/21/04   [Re: DEF 1] PLF 1 Indictment.

   1A-   1    04/21/04   DEF 1 motion for bail hearing filed by W. Satterberg (not def cnsl).

   2 -   1    04/22/04   [Re: DEF 1] AHB Grand Jury Minutes re def in custody; no bail set; set
                         for Arr & notify USM.

   3 -   1    04/22/04   [Re: DEF 1] Documents 2 - 19 transferred from: F04-0021MJ(JWM).

   4 -   1    04/22/04   [Re: DEF 1] JWM Minute Order setting arraignment on indictment for
                         04/23/04 at 1:30 p.m. Cnsl for defendant may appear telephonically. cc:
                         Cooper, Haden, FPO, USM, Judge Beistline

   5 -   1    04/22/04   DEF 1 Notice of filing facsimile signature on attached stipulation for
                         substitution of counsel.

   5 -   2    04/22/04   [Re: DEF 1]  Stipulation for substitution of counsel w attached consent
                         of defendant for appearance of William Satterberg.

   6 -   1    04/22/04   DEF 1 Attorney Appearance by William Satterberg.

   7 -   1    04/23/04   DEF 1 motion to withdraw as counsel w/att aff.

   8 -   1    04/23/04   [Re: DEF 1] PLF 1 motion to appear telephonically at arraignment on
                         shortened time.

   7 -   2    04/26/04   [Re: DEF 1] JWM Order granting FPD motion to withdraw as counsel (7-1).
                         cc: Cooper, Haden, Satterberg, FPO, USM, Judge Beistline

   9 -   1    04/26/04   [Re: DEF 1] JWM Order granting motion to appear telephonically at
                         arraignment on shortened time (8-1).  Mr. Russo, AUSA to call courtroom
                         at 1:30 p.m. cc: Cooper, Haden, Satterberg, FPO, USM, Judge Beistline

  10 -   1    04/26/04   [Re: DEF 1] JWM Court Minutes [ECR: Carolyn Bollman] from arr on
                         indictment held 04/23/04 granting motion for bail hearing (1A-1), Bail
                         review hrg set for 05/03/04 at 1:00 p.m.  Stipulation for substitution
                         of counsel William Satterberg for M.J. Haden. NG plea entered, PTM's due
                         05/13/04, discovery conference 05/03/04. cc: FPD, USA, USM, PO, Judge
                         Beistline, Satterberg

  11 -   1    04/26/04   [Re: DEF 1] JWM Order regarding preparation for trial: Disc conference
                         05/03/04, PTM's due 05/13/04. cc: Cooper, Satterberg, FPO, USM, Judge
                         Beistline

  12 -   1    04/28/04   [Re: DEF 1] RRB Minute Order setting trial by jury for 6/7/04 at 8:30
                         a.m. at Fairbanks and FPTC for 6/1/04 at 9:15 a.m. at Fairbanks, Ak.
                         cc: AUSA, S. Satterberg, USM, USPO, MJ Miller, jury clerk

ACMS: R_RDSDI                       As of 02/01/06 at 1:43 PM by PATTY                        Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F04-0007--CR (RRB)
                                "USA V DAVID L. LOHR"

            In public format, for filing dates on or before 02/01/06
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 05/04/04 | [Re: DEF 1] Amended order setting conditions of release: Defendant may leave his residence/shop only from 8:00 a.m. to 6:00 p.m. to meet with counsel, attend AA meetings, empolyment related purposes and or other matters pre approved by pretrial services accompanied by his third party custodian. cc: Cooper, Satterberg, FPO, USM, Judge Beistline |
| 14 - 1 | 05/04/04 | [Re: DEF 1] JWM Court Minutes [ECR: Carolyn Bollman] from Bail Review hrg held 05/03/04: Def motion for OR release denied, conditions of release modified to allow departure from residence/shop w third party custodian from 8:00 a.m. to 6:00 p.m. cc: Cooper, Satterberg, FPO, USM, Judge Beistline |
| 15 - 1 | 05/05/04 | [Re: DEF 1] JWM Minute Order that in light of 6/7/04 TBJ date ptms now due COB 5/10/04; mot to be served via hand/fax on opposing cnsl. cc: USA, Wm. Satterberg |
| 16 - 1 | 05/10/04 | DEF 1 motion to suppress evidence w/memorandum attached. |
| 17 - 1 | 05/12/04 | DEF 1 Notice of Expert Witness. |
| 18 - 1 | 05/17/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence w/exhibits a-c attached (16-1). |
| 19 - 1 | 05/19/04 | [Re: DEF 1] JWM Minute Order that evid hrg is set 5/21/04 at 12:30 p.m. cc: USA, Wm. Satterberg, USM, PO |
| 20 - 1 | 05/20/04 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue evidentiary hearing set for 05/21/04. |
| 21 - 1 | 05/21/04 | [Re: DEF 1] JWM Order granting Unopposed motion on shortened time to continue evidentiary hearing to 5-24-004 @ 10 a.m. (20-1). cc: USA; USAM; USPO; W. Satterberg; Judge Beistline; Magistrate Judge Miller. |
| 22 - 1 | 05/21/04 | DEF 1 non-opposition to [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue evidentiary hearing set for 05/21/04 (20-1). |
| 23 - 1 | 05/24/04 | DEF 1 Notice of intent to change plea. |
| 24 - 1 | 05/25/04 | [Re: DEF 1] RRB Minute Order setting PCOP for 06/01/04 at 10:30 a.m. in Fbks, AK.; FPTC set for 06/01/04 is vacated. cc: USA, W. Satterberg, USM, USPO, MJ Miller |
| 25 - 1 | 05/25/04 | [Re: DEF 1] RRB Court Minutes [ECR: Denise Petty] from Evidentiary hrg 05/24/04: Def cnsl to submit Notice of PCOP by 12:00 p.m. Evidentiary hrg to be vacated if Notice is filed. Off record: Notice filed, Evidentiary hrg is vacated. cc: Cooper, Satterberg, FPO, USM, Judge Beistline |
| 26 - 1 | 05/25/04 | [Re: DEF 1] JWM Minute Order: Pursuant to agreement defendant is re-admitted into custody and his bond is vacated. cc: Cooper, Satterberg, FPO, USM, Judge Sedwick |
| 27 - 1 | 05/27/04 | DEF 1 motion to vacate pretrial scheduling conference and reset COP hrg set for 06/01/2004 at 10:30 a.m. w aff in support. |
| 28 - 1 | 05/27/04 | DEF 1 Second Unopposed motion to vacate pretrial conference and reset change of plea hrg set for 06/01/04 at 10:30 a.m w aff in support. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE F04-0007--CR (RRB)
                   "USA V DAVID L. LOHR"

    In public format, for filing dates on or before 02/01/06
```

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 05/28/04 | [Re: DEF 1] RRB Minute Order Rescheduling COP Hrg orginally scheduled for 6/1/04 at 10:30am in Fbks, AK will be held 6/1/04 at 8:00am in Fbks, AK. cc:USA, W. Satterberg, USM, PO |
| 30 - 1 | 05/28/04 | PLF 1; DEF 1 Plea Agreement. |
| 31 - 1 | 06/01/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from COP held 06/01/04: Court accepted plea; IOS set for 08/20/04 at 1:30 p.m. cc: Cooper, Satterberg, FPO, USM, MJ Miller |
| 32 - 1 | 06/01/04 | [Re: DEF 1] PLF 1 Notice of filing original signature of US Atty on plea agt w/copy of plea agt attached. |
| 33 - 1 | 06/01/04 | PLF 1; DEF 1 Stipulation to reset sentencing to either 8/13/04 or 8/27/04. |
| 34 - 1 | 06/03/04 | [Re: DEF 1] RRB Minute Order granting stipulation to reset sentencing (33-1). A rescheduling hrg is set for 6/11/04 at 11:15 a.m. in Fairbanks, Ak. cc: AUSA, W. Satterberg, USM, USPO |
| 35 - 1 | 06/04/04 | PLF 1; DEF 1 Second Stipulation to reset sentencing (to reset rescheduling hrg set for 06/11/04 at 11:15 a.m.). |
| 36 - 1 | 06/07/04 | [Re: DEF 1] RRB Minute Order the sentencing rescheduling hrg set 6/11/04 is reset for 6/10/04 at 11:45 a.m. in Fairbanks. cc: AUSA, W. Satterberg, USM, USPO |
| 37 - 1 | 06/07/04 | [Re: DEF 1] RRB Order granting stipulation Second Stipulation to reset sentencing (35-1). Hearing to reset IOS is set for 6/10/04 at 11:45 a.m. cc: S. Cooper W. Satterberg, USM, USPO, MJ Miller |
| 38 - 1 | 06/16/04 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from scheduling conference held 06/10/04: IOS 08/20/04 is vacated and rescheduled for 08/27/04 at 1:30 p.m. cc: Cooper, Satterberg, FPO, USM |
| 39 - 1 | 06/16/04 | [Re: DEF 1] Clerk's Notice re MJ referral reassigned to MJ Branson. cc: USA, W. Satterberg, USM, USPO, MJ Branson, Judge Besitline |
| 40 - 1 | 08/12/04 | DEF 1 Notice of filing documents to aide in sentencing. |
| 41 - 1 | 08/20/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum (Stmt). |
| 42 - 1 | 08/20/04 | DEF 1 Sentencing Memorandum (Brief). |
| 43 - 1 | 08/26/04 | [Re: DEF 1] PLF 1 Supplement re: Sentencing Statement. |
| 44 - 1 | 08/27/04 | [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1 of the Indictment (1-1). Defendant sentenced to 24 months in prison. Supervised release of 48 months. No firearms. Defendant shall participate in treament program. Special assessment of $100.00. Defendant remanded to the custody of the U.S. Marshalls. cc: USA; USM; USPO; William Satterberg; Judge Beistline; Magistrate Judge Branson; Finance. |
| 45 - 1 | 08/27/04 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. IOS hearing held on 8-27-04. Sentence imposed as stated in judgment. S/A of $100 due immediately to the Clerk of Court. Court accepts presentence report, and the parties' plea agreement. Defendant remanded to custody of USM. cc: |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F04-0007--CR (RRB)
                              "USA V DAVID L. LOHR"

              In public format, for filing dates on or before 02/01/06
```

| Document # | Filed | Docket text |
|---|---|---|
| | | USA; USM; USPO; William Sattergerg; Judge Beistline; Magistrate Judge Branson. |
| 46 - 1 | 02/03/05 | {SEALED} |
| 47 - 1 | 03/14/05 | [Re: DEF 1] RRB Minute Order Clerk of court is directed to send a copy of the mot & memo at dkt 46 to the USA & the USA shall respond to the mot as provided in LR 7.1.   cc: cnsl |
| 48 - 1 | 03/29/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for modification of sentence (46-1). |
| 49 - 1 | 04/04/05 | DEF 1 reply to opposition to DEF 1 motion for modification of sentence (46-1). |
| 50 - 1 | 04/12/05 | [Re: DEF 1] RRB Minute Order denying motion for modification of sentence with memorandum in support (46-1).  cc: AUSA, W. Satterberg, USM, USPO |