NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  4:04-cr-07-RRB |
| Plaintiff, | ) | |
| vs. | ) | **OPPOSITION TO PETITION TO MODIFY SUPERVISED RELEASE TERM** |
| DAVID L. LOHR, | ) | |
| Defendant. | ) | |

    Plaintiff, the United States of America, opposes defendant's petition to modify his supervised release term by terminating it at this time.

    Plaintiff accepts at face value defendant's representations regarding his activities since the time of completion of the 24 month term of imprisonment.  The United States Probation Office confirms that defendant has not violated supervised release and is doing well so far.

Several factors, however, weigh against terminating the supervised release term at this early stage.

The term imposed was four years. Defendant has only completed one year or so at this time, merely one-fourth of the prescribed term. He has made a good beginning, but more than a beginning is needed in order to make a reliable assessment of his rehabilitation. The purpose of the length of the term was to provide reasonable assurance that defendant would not revert to the cultivation and use of marijuana. The public interest requires that more time elapse in order to be assured of that result.

Part of the explanation for defendant's success so far on supervised release is the knowledge that his behavior is subject to scrutiny, including being tested for drug use. The existence of supervision must be credited in part for the good results, and should not be so readily terminated, at least not until the Court can be more certain that defendant's obligation to comply with the law is internalized.

One of the reasons defendant gave for cultivating marijuana was that he had a back problem, and found that smoking the drug had a better effect than prescribed pain killers, and did not produce the side effects of prescription drugs. His present petition shows that he remains under a disability, apparently the same one relating to his back, and has begun receiving Social Security Disability compensation while he stays home, unemployed, and his wife works full-time outside the home. The same situation that led him to cultivate and use illegal drugs before, continues in effect.

Defendant suggests that supervised release is preventing him from visiting family outside Alaska. Evidently that is not quite so, as he is allowed to travel under appropriate controls. The continuation of supervision is actually nothing more than

a relatively minor inconvenience for the law-abiding, and cannot be found to be overly restrictive or intrusive on defendant's normal activities.

Accordingly, the United States respectfully suggests that in view of the grounds and the timing of the instant petition, the public interest requires that the request for early termination of defendant's supervision should be denied.

RESPECTFULLY SUBMITTED this 9th day of February, 2007, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
Alaska #6911028

**CERTIFICATE**

I certify that a true and correct copy of the foregoing **OPPOSITION TO PETITION TO MODIFY SUPERVISED RELEASE TERM** was sent to the following on February 9, 2007, via U. S. Mail:

David L. Lohr
P.O. Box 57044
North Pole, Alaska 99705

/s/ Stephen Cooper
Office of the United States Attorney