NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>DAVID L. LOHR,   )<br>  )<br>Defendant.   )<br>_____ ) | Case No. 4:04-cr-00007-RRB<br><br>**OPPOSITION TO SECOND<br>PETITION TO MODIFY<br>SUPERVISED RELEASE TERM** |

    Plaintiff, the United States of America, opposes defendant's second petition to modify his supervised release term by terminating it at this time.

    Defendant served on this office his first petition to modify, actually for early termination of, his supervised release. The first petition is dated February 5, 2007.

    Plaintiff has found no court document ruling upon that first petition.

Defendant served on this office his second petition to modify supervised release by early termination, dated May 1, 2007. It is word-for-word the same as the first one dated February 5, with the single exception that it recites that defendant has completed 12 months of his four-year supervised release term, whereas the second petition says he has now completed 15 months of the four-year term.

For all the reasons already stated in plaintiff's Opposition, Document #53, February 9, 2007, in answer to the identical contentions in defendant's first petition, plaintiff here adopts as its answer to the second petition the said Opposition, Document #53, and all the contents thereof which are hereby incorporated herein in full by this reference.

WHEREFORE the second petition to modify supervised release term by terminating it should be denied.

RESPECTFULLY SUBMITTED this <u>4th day</u> of May, 2007, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
Alaska #6911028

### CERTIFICATE

I certify that a true and correct copy of the foregoing **OPPOSITION TO SECOND PETITION TO MODIFY SUPERVISED RELEASE TERM** was sent to the following on May  4 , 2007, via U. S. Mail:

David L. Lohr
P.O. Box 57044
North Pole, Alaska 99705

 /s/ Mari Johnson
Office of the United States Attorney