PO Box 57044
NorthPole, AK 99705

RECEIVED FEB 01 2008 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff – Respondent,

4:04-CR-00007-RRB

vs.

*David L Lohr*

Defendant – Petitioner.

PETITION FOR MODIFICATION
OF SUPERVISED RELEASE

COMES NOW, David L Lohr, Defendant – Petitioner, filing pro se, with Petition for Modification of Supervised Release, Pursuant to Title 18 U.S.C. S 3583 (e)(1) of the United States Codes.

STATEMENT OF THE FACTS

David L. Lohr was arrested on March 18, 2004, and served twenty four (24) months at the Taft Federal Correctional Center. To follow his incarceration, the District Court imposed a term of four 4) years supervised release. David L. Lohr has currently served his term of incarceration and twelve (24) months of supervised release.

The Defendant-Petitioner, hereby submits the following information for modification of his supervised release; to wit:

## MITIGATING INFORMATION

Whereas, the Defendant-Petitioner, David L. Lohr,

1) has met the requirements of supervised release. Passed all drug tests and turned in monthly reports on time. Been available and willing to open my home for visits from my parole officer at any time.

2) has learned to live a drug-free life and cope with difficulties by taking care of myself and my family and asking for help from my support system; my wife and children, my parents, sisters and brother and good friends. I have done what I can day by day to let them know they are appreciated.

3) has supported my family and myself by arranging to receive Social Security Disability Insurance; which my two children and I now receive on a monthly basis. Supported my wife by taking care of our children and home while she works a full-time job. Assisted my wife in managing two rental units; which brings in a monthly income. Met our financial obligations by keeping track of bills due and paying them on time.

4) I believe my life is better without drugs. I am more in touch with my family and friends who have stood by my side. I look forward to the future and would appreciate the chance to be able to visit my family out-of-state when the opportunity arises.

0THEREFORE, David L. Lohr requests this court to take into consideration the above mentioned information and terminate this term of supervised release before expiration.

Dated: February 1, 2008

Respectfully,

*[signature]*

David L. Lohr

Defendant-Petitioner

## PROOF OF SERVICE

I, David L. Lohr, the Defendant-Petitioner, certify that a copy of this PETITION FOR MODIFICATION OF SUPERVISED RELEASE, was hand delivered to the United States Attorney

101 12th Avenue

Fairbanks, Alaska 99701

*[signature]*

David L. Lohr