NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  4:04-cr-00007-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NON-OPPOSITION TO** |
| ) | **DEFENDANT'S PETITION FOR** |
| DAVID L. LOHR, ) | **MODIFICATION OF** |
| ) | **SUPERVISED RELEASE** |
| Defendant. ) | |
| ) | |

  Plaintiff, the United States of America, does not oppose defendant's petition to modify his supervised release.

  Plaintiff concurs with the United States Probation Officer's recommendation regarding defendant's petition.  The U. S. Probation Office confirms that defendant has not violated supervised release and has done well so far.

U.S. v. Lohr
4:04-cr-000007-RRB

Accordingly, the United States respectfully suggests that in view of the grounds and the timing of the instant petition, the defendant's Petition for Modification of Supervised Release should be granted.

RESPECTFULLY SUBMITTED this 20th day of February, 2008, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

/s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
Alaska #6911028

**CERTIFICATE**

I certify that a true and correct copy of the foregoing was sent to the following on February  20 , 2008, via U. S. Mail:

David L. Lohr
P.O. Box 57044
North Pole, Alaska 99705

 /s/ Stephen Cooper
Office of the United States Attorney